```
                                                                    -PS-O-
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```

FILED FEB 17 2011 MICHAEL L. ROEMER, CLERK WESTERN DISTRICT OF NY

ANTHONY D. AMAKER,

      Plaintiff,

-v-                                       10-CV-0977A
                                            **ORDER**

MARK L. BRADT, et al.,

      Defendants.

---

    Plaintiff, Anthony Amaker, who has been granted permission to proceed *in forma pauperis* (Docket No. 3), has submitted a letter indicating that the Court did not include in the "caption" of the docket report for this action all the defendants he intended to sue and referred to in the complaint, and asks to Court to add such defendants--Klodzinski, Padlo and John Does--to the caption of this action and direct that the Marshals Service serve the summons and complaint on those defendants also.

    Upon review of the Complaint, the Court notes that while Klodzinski, Padlo and John Does are referred to in the body of the complaint they are not named either in the caption of the *pro se* complaint or the docket report. Accordingly, the Court directs the Clerk of the Court to amend the caption of this action to include as defendants Klodzinski, Padlo and John Does, and the Clerk of the Court is directed to cause the United States Marshals Service to serve the summons and complaint on Klodzinski and Padlo in addition

to the defendants originally named in the caption and directed to be served.

Additionally, plaintiff is directed to identify defendants John Doe through discovery as soon as possible, and then apply to this Court for an order directing amendment of the caption and service on the defendants as soon as they have been identified.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: February 16, 2011
Rochester, New York