-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ANTHONY AMAKER,

                        Plaintiff,

              -v-                                          10-CV-0977A(Sr)

MARK L. BRADT, Supt., et al.,

                        Defendants.
_____

**DECISION AND ORDER**

This case was referred to the undersigned by the Hon. Richard J. Arcara in an order dated April 26, 2011, for all pretrial matters pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and for report and recommendation on dispositive motions pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C).  (Docket No. 11.)

Plaintiff, Anthony Amaker, appearing *pro se* and having been granted permission to proceed *in forma pauperis*, has filed an amended complaint in which he names a number of additional defendants who were not named in the complaint.  (Docket No. 17, § 1B, Caption, Continued, p.8.)  Accordingly, the Clerk of the Court is directed to cause the United States Marshal to serve copies of the Summons and Amended Complaint, and this Order upon the additional defendants named in the amended complaint--C.O. Piadlo, Dept. S. Dolce, C.O. D. Adamy, C.O. Bust, Capt. K. Brown, C.O. A. Steck, Sgt. Cunningham, Sgt. D. Leonard, C.O. J. Hendzel, Nurse Cygren, Nurse

Sharpe and D. O'Connors--without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to respond to the amended complaint.

SO ORDERED.

Dated:    Buffalo, New York
          September 30, 2011

                                        s/ H. Kenneth Schroeder, Jr.
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**